## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MATTHEW SEROTA, | : | No. 48 WM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE HONORABLE CHRISTINE WARD OF | : | |
| THE COURT OF COMMON PLEAS OF | : | |
| ALLEGHENY COUNTY, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 8th day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition and the Application for Leave to File Reply are DENIED.  The Emergency Application for Stay is DISMISSED as moot.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.